# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAMON LAMAR CAMPBELL, | |
| Plaintiff, | |
| v. | 3:13-cv-707-MMD-VPC |
| ROD LIGHTSEY et al., | **ORDER** |
| Defendants. | |

## I. DISCUSSION

On June 17, 2014, the Attorney General's Office filed their 90-day stay status report. (ECF No. 12). The Attorney General's Office indicated that the parties engaged in a mediation session with a court-appointed mediator on June 10, 2014 and that the parties had reached a settlement even though paperwork remained yet to be completed. (*Id.* at 2). The status report form informed the parties that they "must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in the case until a specified date upon which they will file a stipulation of dismissal." (*Id.*). The parties have not filed a stipulation for dismissal or a motion requesting an extension of the stay. The Court now orders the Attorney General's Office to either file a stipulation of dismissal or a motion requesting that the Court continue the stay until a specified date upon which they will file a stipulation of dismissal on or before Wednesday, July 9, 2014.

///

///

///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Attorney General's Office shall file either a stipulation of dismissal or a motion requesting that the Court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal on or before Wednesday, July 9, 2014.

DATED: This 30th day of June, 2014.

_____
United States Magistrate Judge